**ORDERED.**

Dated: September 20, 2023

_Jacob A. Brown_
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

IN RE:  
DEVONDA ARPHINE ROGERS

CASE NO.: 3:19-bk-02591-JAB  
Chapter 13

_____ Debtor

**AMENDED[i] ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO MAKE CONFIMRED PLAN PAYMENTS AND AMENDING ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CONFIRMED PLAN PAYMENTS AND DIRECTING DEBTOR TO MAKE PAYMENTS (DE 108)**

THIS CASE is before the Court upon the Debtor's Motion to Extend Time to Make Confirmed Plan Payments. Upon hearing held on September 13, 2023, Accordingly,

**IT IS ORDERED:**

1. The Debtor's Motion to Extend Time to Make Confirmed Plan Payments is granted.

2. The Debtor shall have 304 days to cure all delinquencies owing on the account.

3. In all other manners the Order previously entered on the Trustee's Motion to Dismiss for Failure to Make Confirmed Plan Payments on October 6, 2022, shall remain the same as to its terms.

Copies furnished to:  
Devonda Arphine Rogers, 3464 Natalie Mel Ln., Jacksonville, FL 32218-4590  
Lisa C Cohen Esquire, Ruff & Cohen, 4010 Newberry Rd. Ste. G, Gainesville, FL 32607

---

[i] Amended to fix calculation error of the number of days Debtor has to cure all delinquencies.

Douglas W. Neway, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.